**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In the Interest of C.J., a Child

Appellate case number:      01-19-00704-CV

Trial court case number:    2018-00169J

Trial court:                313th District Court of Harris County

Appellant, S.W., has filed a notice of appeal of the trial court's September 5, 2019 "Final Decree for Termination." *See* TEX. R. APP. P. 25.1, 26.1(b), 28.4. The appellate record was due in this Court on September 30, 2019. *See id.* 4.1(a), 28.4, 35.1(b). A clerk's record was filed on October 1, 2019; however, a reporter's record has not been filed.

On October 2, 2019, the court reporter notified the Clerk of this Court that appellant had not requested a reporter's record and had not "paid or made arrangements to pay for the record and [was] not appealing as an indigent." *See id.* 35.3(b). On October 2, 2019, the Clerk of this Court notified appellant that the court reporter responsible for preparing the reporter's record had informed the Court that appellant had not requested a reporter's record or had not paid, or made arrangements to pay, for the reporter's record. *See id.* 37.3(c). The Clerk further notified appellant that unless she provided written evidence that she had paid, or made arrangements to pay, for the reporter's record, or provided proof that she is entitled to proceed without payment of costs by October 14, 2019, the Court might consider the appeal without a reporter's record. *See id.* Appellant has not responded.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.* 37.3(c); *see also In re G.S.*, No. 12-15-00210-CV, 2015 WL 8959433 (Tex. App.—Tyler Dec. 16, 2015, no pet.) (mem. op.) (appeal from judgment terminating parental rights, considering and deciding only those issues that did not require reporter's record for decision (citing TEX. R. APP. P. 37.3(c)). **Appellant's brief is due to be filed no later than 20 days from the date of this order.** *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: ____/s/ Julie Countiss_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: ___November 5, 2019___